# AFFIDAVIT OF SERVICE

District of Columbia                                                                 United States District Court

Case Number: 1L08-CV-01004

Plaintiff:
**UNITED STATES OF AMERICA, C/O U.S. DEPARTMENT OF JUSTICE**
vs.
Defendant:
**CORNELL R. YOUNG**

For:
Vincent Close
MAURO LAW OFFICES, P.C.
1020 19th Street, Nw
Suite 400
Washington, DC 20036

Received by PRIORITY PROCESS to be served on **CORNELL R. YOUNG, 205 ELMIRA STREET, SW, APT. 317, WASHINGTON, DC 20032**.

I, Edwin Jarnagin, being duly sworn, depose and say that on the **24th day of June, 2008** at **7:25 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **CORNELL R. YOUNG** at the address of: **205 ELMIRA STREET, SW, APT. 317, WASHINGTON, DC 20032**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Black, Height: 5'4", Weight: 200, Hair: Brown, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

Subscribed and sworn to before me on the 1st day of July, 2008 by the affiant who is personally known to me.

Notary Public

Edwin Jarnagin
Process Server

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2008006943

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA
C/O U.S. DEPARTMENT OF JUSTICE

                         **SUMMONS IN A CIVIL CASE**

V.

CORNELL R. YOUNG
205 ELMIRA ST., S.W., APT. #317
WASHINGTON, D.C. 20032
TEL NO. 202 562-4990

CASE NU   Case: 1:08-cv-01004
Assigned To : Hogan, Thomas F.
Assign. Date : 6/12/2008
Description: Student Loan

TO: (Name and address of Defendant)

CORNELL R. YOUNG
205 ELMIRA ST., S.W., #317
WASHINGTON, DC 20032
TEL NO. 202-562-4990

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Mauro
Mauro Law Offices, P.C.
1020 19th Street, N.W.
Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 1 2 2008

CLERK                                                       DATE

*/s/ Maureen Higgins*
(By) DEPUTY CLERK