Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

V.

CORNELL R. YOUNG

Defendant(s)

Civil Action No. 08-cv-01004-TFH

RE: CORNELL R. YOUNG

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 24, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Terri C Barrett
Deputy Clerk